ticket over its own and a connecting line merely acts as agent for such line, and is not liable in damages to the purchaser for the refusal of the connecting line to honor the ticket and transport the passenger in accordance therewith.

---

## The People of the State of Illinois, Defendant in Error, v. Orrin J. Shafer, Plaintiff in Error.

### Gen. No. 21,249.   (Not to be reported in full.

Error to the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in this court at the March term, 1915. Reversed and remanded. Opinion filed January 11, 1916.

### Statement of the Case.

Prosecution by the People of the State of Illinois against Orrin J. Shafer for violation of section 10 of the Motor Vehicle Act (J. & A. ¶ 10,010). Having been convicted on trial before the court without a jury, the defendant brings error.

The principal issue of fact raised at the hearing was as to the speed at which the defendant was driving an automobile in a locality where speed in excess of fifteen miles an hour was by statute made prima facie evidence of its violation. After the single witness produced by the State had testified that the car was going at twenty-five miles per hour, and the defendant had testified that he was not driving faster than twelve miles an hour, that his car went about fifteen feet after he started to stop, and that he could stop it within that distance when running twelve miles an hour, the trial judge announced that it was unnecessary for him to hear any more evidence, that from his own experience

in driving a car he could not accept the defendant's testimony as to speed, and refused the request of the defendant's counsel to call other witnesses.

JONAS & HESS, for plaintiff in error.

MACLAY HOYNE, for defendant in error; EDWARD E. WILSON, of counsel.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. TRIAL, § 34*—*when refusal to allow production of witnesses denial of justice.* To deny a defendant in a trial before the court his manifest right to produce witnesses to support his plea of not guilty is a palpable denial of justice.

2. TRIAL, § 286*—*when disregard of evidence by trial judge denial of justice.* For a judge to decide the issues before him on his private experience instead of on the evidence is a palpable denial of justice.

*See **Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly,** same topic and section number.